of Appeals for the Fifth Circuit denied. *Mr. J. L. Shook* for petitioner.

No. 790. CABALIK *v.* BELL, RECEIVER. April 12, 1943. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Messrs. Alexander J. Barron* and *George F. Taylor* for petitioner. *Mr. Orville Brown* for respondent.

No. 791. OSBORNE *v.* HASTINGS, SHERIFF. April 12, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Dean S. Face* for petitioner. *Messrs. John M. Dunham* and *Laurent K. Varnum* for respondent.

No. 797. MASON *v.* PALO VERDE IRRIGATION DISTRICT. April 12, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. W. Coburn Cook* for petitioner. *Messrs. Arvin B. Shaw, Jr.* and *Wm. L. Murphey* for respondent.

No. 800. ROMERO *v.* SQUIRE, WARDEN. April 12, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Pedro P. Semsem* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for respondent.

No. 811. SANDLIN *v.* GRAGG. April 12, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. B. B. Blakeney* for pe-

786

titioner. *Messrs. Joseph C. Stone* and *Charles A. Moon* for respondent.

No. 814. SAMPSELL, TRUSTEE IN BANKRUPTCY, ET AL. *v.* TOM. April 12, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Thomas S. Tobin* for petitioners. *Mr. Reuben G. Hunt* for respondent.

No. 821. SIBLEY SYNDICATE *v.* COMMISSIONER OF INTERNAL REVENUE. April 12, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Harry Allen, Harry B. Sutter,* and *Samuel H. Horne* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, Joseph M. Jones,* and *Valentine Brookes* for respondent.

No. 858. RUTIGLIANO *v.* NEW YORK. April 12, 1943. Petition for writ of certiorari to the Court of General Sessions of the County of New York, New York, denied. *Nicholas Rutigliano, pro se.*

No. 765. HOPKINS, U. S. DISTRICT JUDGE, *v.* UNITED STATES. April 12, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Austin M. Cowan, T. M. Lillard,* and *Fred Robertson* for petitioner. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Mr. Vernon L. Wilkinson* for the United States.

No. 772. NEW YORK TRUST CO., TRUSTEE, ET AL. *v.* SECURITIES & EXCHANGE COMMISSION ET AL. April 12, 1943. Petition for writ of certiorari to the Circuit Court of